

# NYPD PETS PROPERTY and EVIDENCE TRACKING SYSTEM
## Property Clerk Invoice
PD 521-141(Rev. 11/09)

Invoice No **2000160744**

| | | |
|---|---|---|
| Invoicing Command | | Invoice Status |
| **44TH PCT.** | | **OPEN** |
| Invoice Date | Property Type | Property Category |
| **12/05/2012** | **CONTROLLED SUBSTANCE** | **ARREST EVIDENCE** |

| Officers | Rank | Name | Tax No | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | POM | CARRASCO, EDWARD | | 44TH PRECINCT | OCME EU No. | |
| Arresting | POM | CARRASCO, EDWARD | | 44TH PRECINCT | OCME FB No. | |
| Investigating | N/A | | | | Police Lab Evid. Ctrl. No | |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No | N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. | N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | ALLEGED COCAINE<br>COLOR: WHITE PACKAGED IN: SMALL PLASTIC BAG<br>FORM: POWDER | 1201387023<br>-5171325 | 1 | |

**REMARKS:**
946828 12/05/2012 08:12 : ABOVE IS A COMPLETE LISTING OF ITEMS VOUCHERED FOR ARREST EVIDENCE.

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 12/05/2012 | 22003/CRIM POSS CONT SUBST | MISDEMEANOR | N/A | **REFUSED** |

| | Prisoner(s) Name | D.O.B | Age | Address | Arrest No /Summons No. | NYSID No |
|---|---|---|---|---|---|---|
| 1 | JORDAN, CHARLES | 12/30/1958 | 53 | 1456 TOWNSEND AVENUE, 3A, BRONX, NY- 10452 | B12687489 | |

| | Name | Tax No | Address | Phone No |
|---|---|---|---|---|
| Finder(s) | REGIMBAL, DENIS | | | |
| Owner(s) | JORDAN, CHARLES | | 1456 TOWNSEND AVENUE, 3A, BRONX, NY- 10452 | |
| Complainant(s) | PSNY | | | |

| | |
|---|---|
| Complaint No. | 2012-044-14647 |
| Related Comp No (s) | N/A |
| Aided/Accident No (s) | N/A |
| Related Invoice(s) | N/A |


Invoice No **2000160744**

Property Clerk Copy
printed: 12/31/2015 14:35

PCD Storage No.
**13B006557**
Page No. 1 of 2

**DEF 00008**




Invoice No **2000160744**

| Approvals | Rank | Name | Tax No | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POM | CARRASCO, EDWARD | | 44TH PRECINCT | 12/05/2012 | 07:55 |
| Invoicing Officer | POM | CARRASCO, EDWARD | | 44TH PRECINCT | 12/05/2012 | 08:13 |
| Approved By | SGT | GARRETT, SHAUN | | 44TH PRECINCT | 12/06/2012 | 02:34 |



Invoice No **2000160744**

**Property Clerk Copy**
printed: 12/31/2015 14:35

PCD Storage No.
**13B006557**

Page No 2 of 2

**DEF 00009**