UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHARLES JORDAN

                Plaintiff,

-against-

CITY OF NEW YORK, POLICE OFFICER
EDWARD CARRASCO, CAPTAIN JAMES
ORELLANA, SERGEANT MICHAEL
MELENDEZ, SERGEANT DARREN
MELHADO, POLICE OFFICER DENIS
REGIMBAL, POLICE OFFICER WILFREDO
BENITEZ, POLICE OFFFICER ALEXIS
DEJESUS, SERGEANT MARITZA GARAY,
POLICE OFFICERJOHN DOOLEY, and
POLICE OFFICER JESSICA ECHEVARRIA,
                          Defendants.
-----------------------------------------------------------X

15 **CIVIL** 6364 (CM)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 21, 2018, Defendants' motion is granted and Plaintiff's claim is dismissed for failure to prosecute; accordingly, the case is closed.

**Dated:** New York, New York
          May 23, 2018

                                               RUBY J. KRAJICK
                                               Clerk of Court
                                  BY:

                                                 Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 5/23/2018